FREDERICK A. MANN, Appellant, *v.* WALTER MAJOR, Individually and as Superintendent of Highways of the Town of Irondequoit, Respondent.

Submitted May 16, 1938; decided October 4, 1938.·

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 275 N. Y. 497.)

In the Matter of CHARLES BECKMANN, as Executor of WILLIAM BECKMANN, Deceased, Appellant, against CHARLES N. TALBOT, JR., et al., Composing the Board of Trustees and Building Committee of the Village of Island Park, Respondents.

Submitted July 7, 1938; decided October 4, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 146.)